# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1.  LINDA K. PRATER, an individual, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>1.  SH CCRC, LLC d/b/a Southern )<br>Hills Rehabilitation Center, a foreign )<br>corporation; and )<br>2.  STAFFING CONCEPTS )<br>NATIONAL, INC., )<br>a foreign corporation; )<br>)<br>Defendants. ) | Case No.  14-CV-673-CVE-PJC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Linda K. Prater, by and through her attorney of record, Charles C. Vaught of Armstrong & Vaught, P.L.C., and Defendants, SH CCRC, LLC and Staffing Concepts National, Inc., by and through their attorney of record, Kathy R. Neal, of *McAfee & Taft*, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of Plaintiff's Complaint against Defendants, with each party to bear their own costs and attorney's fees.

Dated this 24th day of September, 2015.

*/s/ Charles C. Vaught*
Charles C. Vaught, OBA # 19962
ARMSTRONG & VAUGHT, P.L.C.
2727 East 21st Street Suite 505
Tulsa, Oklahoma        74114
(918) 582-2500  Telephone
(918) 583-1755  Fax
cvaught@a-vlaw.com
*Attorney for Plaintiff*


*s/ Kathy R. Neal*
*Filed with permission of Kathy R. Neal*
Kathy R. Neal, OBA #674
Courtney Bru, OBA #21115
MCAFEE & TAFT A Professional Corporation
1717 South Boulder, Suite 900
Tulsa, Oklahoma 74119
918/587-0000
918/599-9317 (FAX)
kathy.neal@mcafeetaft.com
courtney.bru@mcafeetaft.com
Attorneys for Defendants